FILED
CLERK, U.S. DISTRICT COURT
JAN 30 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ____RS____ DEPUTY

LEONARD DAVID RODRIGUEZ
FULL NAME

COMMITTED NAME (if different)

WEST VALLEY DETENTION CENTER
FULL ADDRESS INCLUDING NAME OF INSTITUTION
9500 ETIWANDA AVE
RANCHO CUCAMONGA, CA. 91739
PRISON NUMBER (if applicable)
BK# 1811341135

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER
5:19-CV-00187-AB-JPR
*To be supplied by the Clerk*

PLAINTIFF,

v.

DEFENDANT(S).

**CIVIL RIGHTS COMPLAINT**
PURSUANT TO *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 28 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

a. Parties to this previous lawsuit:
   Plaintiff _____
   _____
   Defendants _____
   _____

b. Court _____
   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____
   _____
   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☐ No

   If your answer is no, explain why not _____
   _____
   _____

3. Is the grievance procedure completed? ☐ Yes  ☐ No

   If your answer is no, explain why not _____
   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **LEONARD DAVID RODRIGUEZ**
(print plaintiff's name)
who presently resides at **9500 ETIWANDA AVE, RANCHO CUCAMONGA, 91739**
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**FONTANA POLICE DEPARTMENT**
(institution/city where violation occurred)

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT                    Page 2 of 6

on (date or dates) __11-9-18__ , _____ , _____ , _____ .
                    (Claim I)        (Claim II)     (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __TAYLOR HART__ resides or works at
   (full name of first defendant)
   __17005 UPLAND AVE FONTANA, CA. 92335__
   (full address of first defendant)
   __DEPUTY / POLICE OFFICER__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __UNDER THE COLOR OF AUTHORITY HE VIOLATED MY 8TH__
   __AMENDMENT RIGHT CRUEL & UNUSUAL PUNISHMENT (EXCESSIVE FORCE)__

2. Defendant __ANDREW HACKET__ resides or works at
   (full name of first defendant)
   __17005 UPLAND AVE. FONTANA, CA. 92335__
   (full address of first defendant)
   __DEPUTY / POLICE OFFICER__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __UNDER THE COLOR OF AUTHORITY HE VIOLATED MY 8TH AMENDMENT__
   __RIGHTS TO CRUEL & UNUSUAL PUNISHMENT (EXCESSIVE FORCE)__

3. Defendant __JOSHUA PATTY__ resides or works at
   (full name of first defendant)
   __17005 UPLAND AVE, FONTANA, CA 92335__
   (full address of first defendant)
   __DEPUTY / POLICE OFFICER__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __UNDER THE COLOR OF AUTHORITY HE VIOLATED MY 8TH AMENDMENT__
   __RIGHTS TO CRUEL & UNUSUAL PUNISHMENT (EXCESSIVE FORCE__

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

MY 8TH AMENDMENT RIGHTS were VIOLATED BY NUMEROUS DEPUTIES WHO ACTED IN EXCESSIVE FORCE WHILE IN THE ACT OF DUTY.. UNDER THE COLOR OF AUTHORITY OFFICER'S HAVE A USE OF FORCE POLICY BUT ONCE IT BECOMES EXCESSIVE THEY ARE TO BE HELD ACCOUNTABLE FOR THEIR ACTIONS AS WELL AS ANY CITIZEN IN A COURT OF LAW..

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

I SUFFERED MULTIPLE INJURIES.. CUTS, BRUISES, ABRASIONS, NERVE DAMAGE & TRAUMA.. A handful of PHYSICAL AND MENTALLY.. AND LEFT ME DISABLED IN LEFT WRIST I WAS ATTACKED FROM THE BACK BY. OFFICER ANDREW HACKETT 3 KNEE STRIKES TO MY RIB AREA. ANOTHER KNEE STRIKE TO MY TOP TORSO AREA. OFFICER JOSHUA PATTY ADMITTS HE DELIVERED A KICK WITH HIS RIGHT LEG THAT MISSED AND STRUCK THE LEFT SIDE OF MY FACE. HE THEN ADMITTS HE STRUCK ME 2 MORE TIMES WITH CLOSED FIST TO THE SIDE OF MY FACE.. OFFICER TAYLOR HART WILLINGLY ADMITTS IN HIS REPORT THAT HE PERFORMED A KNEE STRIKE TO MY BACK THEN APPROXIMATELY 3 PUNCHES TO MY RIB AND BACK AREA.. IN ALL OF THE REPORTS NO ONE EVER STATE I THROUGH A BLOW IT WAS EXCESSIVE FORCE

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

SAN BERNARDINO COUNTY JAIL OFFICER'S STREET DEPUTIES AND SHERIFF'S HAVE NO REGARD'S FOR ABIDING THE LAW.. THEY ARE UNDER INVESTIGATION BY THE FED'S FOR WRONGFUL DEATH'S AS WELL AS NUMEROUS ACCOUNT'S OF DEPUTY MISCONDUCT..

I AM PHYSICALLY & MENTALLY TRAUMATIZED FOR LIFE.. AND AFTER SURGERY ON MY LEFT WRIST WILL BE DISABLED. ALL OF MY MEDICAL BILL SHOULD BE TAKEN CARE OF AND I WANT TO SUE FOR $500,000 MENTAL ANGUISH

AND $500,000 PHYSICAL DAMAGE FOR MY INJURIES

A TOTAL OF $1,000,000.00

A RESTRAINING ORDER AGAINST ALL DEPUTIES NAMED

1-27-19
(Date)

(Signature of Plaintiff)

Leonard Rodriguez
West Valley Detention Center
9500 Etiwanda Ave.
Rancho Cucamunga, Ca. 91739

#1811341135
6 B 0

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 28 2019
CENTRAL DISTRICT OF CALIFORNIA

United States District Court
Central District Of California
255 East Temple St., Suite
Los Angeles, Ca. 90012
"Attention" Pro Se Cle