JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEONARD DAVID RODRIGUEZ, ) | Case No. EDCV 19-00187-AB (JPR) |
| ) | |
| Plaintiff, ) | |
| ) | **J U D G M E N T** |
| v. ) | |
| ) | |
| TAYLOR HART et al., ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 25, 2019     _____
                          ANDRÉ BIROTTE JR.
                          U.S. DISTRICT JUDGE